# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US MAGNESIUM LLC, on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>CSX TRANSPORTATION COMPANY, BNSF RAILWAY COMPANY, UNION PACIFIC RAILROAD COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND KANSAS CITY SOUTHERN RAILWAY COMPANY,<br><br>     Defendants. | Civil Action No. 1:07-CV-02216 (PLF) |

## STIPULATION AND AGREED ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for defendants and plaintiff, as follows:

WHEREAS, the instant action raises allegations similar to those raised in the actions that the Judicial Panel on Multidistrict Litigation has transferred to this Court for coordinated or consolidated pretrial proceedings, and captioned *In re: Rail Freight Surcharge Antitrust Litigation*, No. 1:07-mc-00489, MDL No. 1869 (the "MDL Proceeding"); and

WHEREAS, plaintiff and defendants anticipate that the instant action will be included as a "tag-along" action with the MDL Proceeding; and

WHEREAS plaintiff and defendants agree that, in the interest of judicial economy, defendants need not answer or otherwise respond to the complaint in this action separately from their response to any consolidated complaint that may be filed in the MDL Proceeding,

- 2 -

THEREFORE, IT IS STIPULATED AND AGREED that, subject to the Court's approval;

1.    The time within which all defendants are to move, answer, or otherwise plead in response to the complaint in this action is extended until the Court establishes a scheduling order for responses to a consolidated complaint in the MDL Proceeding;

2.    The defendants' entry into this stipulation shall not constitute a waiver of any defense, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The defendants expressly reserve their right to raise all defenses in response to the complaint herein and any subsequent amended or consolidated complaint which may be filed;

3.    For the purpose of this action only, defendants agree that defense counsel designated below for each defendant is authorized to accept service of the complaint filed herein on behalf of the defendant represented by each such counsel.

|  |  |
|---|---|
| /s/ Paul M. Donovan<br>Paul M. Donovan (D.C. Bar # 105189)<br>LAROE, WINN, MOERMAN & DONOVAN<br>1250 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 298-8100<br><br>Stephen Neuwirth<br>Philippe Selendy<br>Sami H. Rashid<br>QUINN EMANUEL URQUHART OLIVER<br>& HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(202) 849-7000 | /s/ Gary A. Winters<br>Richard J. Favretto (D.C. Bar #156588)<br>Mark W. Ryan (D.C. Bar #359098)<br>Gary A. Winters (D.C. Bar #439376)<br>MAYER BROWN LLP<br>1909 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 263-3000<br><br>*Attorneys for Defendant BNSF Railway Company* |

Daniel Brockett
David Azar
QUINN EMANUEL URQUHART OLIVER
& HEDGES LLP
865 S. Figueroa Street
Los Angeles, California  90017
(213) 443-3000

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey  07068
(973) 994-1700

*Attorneys for Plaintiff US Magnesium, LLC*

Richard McMillan, Jr. (D.C. Bar # 169946)
Kent A. Gardiner (D.C. Bar # 432081)
Kathryn D. Kirmayer (D.C. Bar # 424699)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 624-2500

*Attorneys for Defendant CSX Transportation, Inc.*

Alan M. Wiseman (D.C. Bar #187972)
Joseph A. Ostoyich (D.C. Bar #436157)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 783-0800

Tyrone R. Childress
David G. Meyer
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California  90071
(213) 892-1800

*Attorneys for Defendant Union Pacific
Railroad Company*

John M. Nannes (D.C. Bar #195966)
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

*Attorneys for Defendant Norfolk Southern
Railway Company*

>Reid L. Ashinoff (D.C. Bar # 949180)
>Michael S. Gugig
>SONNENSCHEIN, NATH & ROSENTHAL LLP
>1221 Avenue of the Americas
>New York, New York  10020
>(212) 768-6700
>
>*Attorneys for Defendant Kansas City Southern Railway Company*

Dated December 3, 2007

SO ORDERED this ___day of _____, 2007


_____
United States District Judge