UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE RAIL FUEL SURCHARGE ANTITRUST LITIGATION | 1:07-mc-00489-PLF<br>MDL 1869 |
| DUST PRO, INC.,<br>and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC. ET AL.,<br><br>Defendants. | 1:07-cv-02061-PLF |
| US MAGNESIUM LLC,<br>and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC. ET AL.,<br><br>Defendants. | 1:07-cv-02116-PLF |

MOTION FOR STATUS CONFERENCE
AND STATEMENT OF POINTS AND AUTHORITIES

Pursuant to Fed. R. Civ. P. 16, LCvR 7 and LCvR 16.1, plaintiffs Dust Pro, Inc. and US Magnesium LLC respectfully move this Court to convene a status conference for the above-captioned multidistrict litigation at the Court's earliest convenience.

## Statement of Points and Authorities

In May 2007, Plaintiff Dust Pro, Inc. ("Dust Pro") filed the first lawsuit alleging the antitrust claims that are now the subject of the multi-district litigation entitled "In re Rail Fuel Surcharge Antitrust Litigation." Plaintiff US Magnesium LLC ("US Magnesium") later retained the undersigned to file a rail fuel surcharge antitrust case, seeking class action status, in this Court. The US Magnesium complaint was filed on November 23, 2007.

LCvR 16.1 provides that "[a]ll hearings, conferences and trials shall be scheduled by the judge to whom the case is assigned." Dust Pro and US Magnesium respectfully submit that the interests of justice and efficiency would both be served by a conference to address, if it would please the Court, (a) a procedure and schedule for determining the plaintiffs' interim class counsel under F.R.C.P. 23, and as appropriate to address other case management issues; (b) an appropriate schedule for filing of a consolidated amended complaint, motion practice, and discovery; and (c) such other business as the Court deems appropriate to facilitate coordinated treatment of these cases. *See generally* Fed. R. Civ. P. 16; *Manuel for Complex Litigation* § 11.21.

To the knowledge of the undersigned counsel, there has been no discovery (apart from certain document preservation steps) or other substantive proceedings in any of the cases that have now been transferred to this Court.

## Conclusion

For the foregoing reasons, plaintiffs Dust Pro and US Magnesium respectfully submit that the interests of justice and efficiency would be served by the scheduling of a status conference in the above-captioned multi-district litigation.

Pursuant to Local Rule 7(m), we have consulted with counsel for other parties in the multidistrict litigation. All of the plaintiffs listed in the signature block below have joined this motion. Other plaintiffs, and the defendants, have advised us they do not consent to this motion.

Dated: December 3, 2007

/s/Paul M. Donovan
Paul M. Donovan (D.C. Bar # 105189)
LAROE, WINN, MOERMAN & DONOVAN
1250 Connecticut Avenue, NW, Suite 200
Washington, DC 20036
Telephone: (202) 298-8100
Facsimile: (202) 298-8200
Email: paul.donovan@laroelaw.com

/s/Stephen R. Neuwirth
Stephen Neuwirth
Daniel Brockett
Sami H. Rashid
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: stephenneuwirth@quinnemanuel.com

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
CHECCHI, STEWART & OLSTEIN
5 Beeker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email: jcecchi@carellabyrne.com

*Attorneys for Plaintiff Dust Pro, Inc.*
*Attorneys for Plaintiff US Magnesium LLC*

3

**Also joining the motion:**

Robert N. Kaplan
Gregory Arenson
Linda Nussbaum
Kaplan Fox & Kilsheimer
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

Lisa J. Rodriquez
Trujillo Rodriguez & Richards
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

*Attorneys for Plaintiff Isaac Industries, Inc.*

H. Laddie Montague, Jr.
Eric Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Anthony J. Bolognese
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
(215) 814-6751

*Attorneys for Plaintiff United Co-operative Farmers, Inc.*

Theodore J. Leopold
Diana Martin
RICCI~LEOPOLD, P.A.
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
(561) 684-6500

*Attorneys for Plaintiff Carter Distributing Company*

Stanley D. Bernstein
Mel E. Lifshitz
Ronald J. Aranoff
Bernstein Liebhard & Lifshitz
10 E. 40th Street, 22nd Floor
New York, New York
(212) 779-1414

*Attorneys for Plaintiff Somerset Industries, Inc.*

Mary Jane Fait
Wolf Haldenstein Adler Freeman & Herz LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603

*Attorneys for Plaintiff Zinifex Taylor Chemicals, Inc.*

Robert N. Kaplan
Gregory Arenson
Linda Nussbaum
Kaplan Fox & Kilsheimer
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

Anthony J. Bolonese
Bolonese & Associates
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
(215) 814-6750

Joseph C. Kohn
Kohn Swift & Graf
One South Broad Street
Suite 2100
Philadelphia, PA
(215) 238-1700

*Attorneys for Plaintiff Lancaster Foundry Supply Co.*

5

James E. Cecchi, Esq.
Lindsey H. Taylor, Esq.
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Christopher A. Seeger
Stephen A. Weiss
Jonathan Shub
Seeger Weiss LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
(215) 564-2300

*Attorneys for Plaintiff Blue Grass Tobacco Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE RAIL FUEL SURCHARGE ANTITRUST LITIGATION | ) ) ) ) ) ) ) 1:07-mc-00489-PLF<br>MDL 1869 |

### [PROPOSED] ORDER

The motion of plaintiffs Dust Pro, Inc. and US Magnesium LLC for a status conference having come before this Court, and the Court being fully apprised of the premises concludes that the motion ought to be granted.

Accordingly, it is hereby

ORDERED that a status conference in the above-referenced multidistrict litigation shall held at _____ on _____, 2007, at _____ __.m.

It is further ORDERED that the parties shall meet and confer, and then jointly submit no later than five business days prior to the status conference a proposed case management order that establishes a master docket and master file number, sets forth a proposed procedure for dealing with subsequently filed related cases, sets forth a proposed schedule and process for selection of plaintiffs' interim class counsel, and addresses other relevant matters.

_____
PAUL L. FRIEDMAN
United States District Judge

Date: _____, 2007